IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-118 |
| | § | Judge Mazzant |
| REGINALD GABRIEL JOHNSON JR. | § | |
| (2) | | |

## FACTUAL BASIS

The defendant, REGINALD GABRIEL JOHNSON JR, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1.      That the defendant who is changing his plea to guilty, is the same person charged in the First Superseding Indictment;

2.      That the events described in the First Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3.      18 U.S.C. § 922(a)(6) makes it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer in order to acquire a firearm.  A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it.  A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is made, is such that a reasonable person of ordinary prudence would have been actively deceived or misled.

**Statement of Facts – Page 1**

4.      Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood. FFLs are required by federal law to maintain records relating to the sale of firearms to consumers. The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement. One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Form 4473). Scheels All Sports, Academy Sports, 2A Firearms, Nagel's Gun Shop, INC, Ballistic Firearms and Gunsmithing, Euless Guns & Ammo, Guardian Guns, Ray's Hardware & Sporting Goods, McClelland Gun Shop, Bass Pro Shops Outdoor World, Roy's Pawn Shop, INC, Cash America Pawn #28, Cash America Pawn #23, and First Cash Pawn are gun stores, located in the Eastern District and elsewhere, that are owned and operated by FFLs.

5.      FFLs may not lawfully sell a firearm to the public without first having the prospective purchaser complete the Firearms Transaction Record (ATF Form 4473)—in which the purchaser answers questions about his or her eligibility to legally purchase or possess firearms under penalty of perjury—and facilitating a background check to verify the purchaser's eligibility.  On this same form, Question 11.a. requires the prospective purchaser to certify—under penalty of law—if he or she is "the actual transferee/buyer of the firearm(s) listed on this form," which is a fact material to the lawfulness of the firearm sale.  If a person purchases a firearm for someone else but claims that he or she is "the actual transferee/buyer of the listed firearm(s)," the firearm acquisition is called a straw purchase and this conduct is also commonly called lying-and-buying, which is a violation of 18 U.S.C. § 922(a)(6).

Statement of Facts – Page 2

6. That the defendant, REGINALD GABRIEL JOHNSON JR. ("R. JOHNSON JR."), TRAVION TERRENCE JOHNSON ("T. JOHNSON"), and ULYSSES MCKINLEY PICKETT ("PICKETT") in some way or manner made an agreement to commit the crime charged in the First Superseding Indictment, that is Acquiring a Firearm from a Licensed Dealer by False or Fictitious Statement; and

7. That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose.

8. Among the means that the defendants and co-conspirators carried out the object of the conspiracy were:

    a. The conspirators formulated a plan to unlawfully purchase and transfer firearms out of Texas with intent to sell them for profit;

    b. R. JOHNSON JR. used EDWARDS, T. JOHNSON and others to make "straw purchases" of firearms from FFLs, including those listed above in paragraph 4, area on behalf of PICKETT and others;

    c. EDWARDS and T. JOHNSON agreed to make the unlawful firearms purchases on behalf of R. JOHNSON JR. and PICKETT, and in doing so, would falsely state on the ATF Form 4473 that they were the actual purchaser/transferee of the firearm, when in fact, at the time of each purchase, all coconspirators knew these statements were false;

    d. Before, during and after the unlawful purchases, coconspirators would communicate in order to decide which firearms to purchase; and

Statement of Facts – Page 3

e. After making their unlawful purchases, R. JOHNSON JR. would either drive or fly the firearms from Texas to California where they would be transferred and sold to PICKETT and others for profit.

9. That the defendant or one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the First Superseding Indictment, in order to accomplish some object or purpose of the conspiracy, to wit:

a. On or about January 13, 2022, EDWARDS, while being aided and abetted by R. JOHNSON JR., purchased the following four (4) firearms from Scheels FFL, located in The Colony, Eastern District of Texas: a Ruger LCP, caliber 380 ACP, pistol, S/N: 379016569; a Ruger EC9S, caliber 9mm, pistol, S/N: 461-36113; a Ruger EC9S, caliber 9mm, pistol, S/N: 461-36131; and a Ruger EC9S, caliber 9mm, pistol, S/N: 461-36114. Although these weapons were purchased for other individuals and with intent to re-sell the firearms for profit, EDWARDS stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not. The firearms were then transported by R. JOHNSON JR. from DFW Airport to Los Angeles, California on American Airlines Flight # AA2733 on or about January 14, 2022.

10. Over the course of the conspiracy, the coconspirators combined to unlawfully purchase and transport approximately 100 firearms from Texas to California.

**Statement of Facts – Page 4**

This amount of firearms was reasonably foreseeable to the defendant, part of jointly undertaken activity and occurred after he entered the conspiracy.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis in support of my plea agreement and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that the United States can prove each of these acts and that it accurately describes my acts and the events as recited as I know them.

Dated: ___3-19-24___

_____
REGINALD GABRIEL JOHNSON JR
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis in support of plea agreement and the First Superseding Indictment and have reviewed them with my client. Based upon my discussion with the defendant, I am satisfied that the defendant understands the factual basis as well as the First Superseding Indictment and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: ___3-19-24___

_____
MAC MORRIS
Attorney for Defendant

Statement of Facts – Page 5